# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0532

_____

SEVENTY7, LLC,

Appellant,

v.

DEPARTMENT OF REVENUE,

Appellee.

_____

On appeal from the Division of Administrative Hearings.
Robert L. Kilbride, Administrative Law Judge.

April 16, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeanette Moffa of Moffa, Sutton, & Donnini, P.A., Fort Lauderdale, for Appellant.

Timothy E. Dennis, Chief Assistant Attorney General, and Jacek P. Stramski, Special Counsel, Tallahassee, for Appellee.